**Kamal DIAS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2006–3309.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2006.

*ORDER*

Kamal Dias has complied with the court's order of December 8, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 31, 2006 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) The Department of Veterans Affairs should compute the due date for filing its brief from the date of the court's order of December 8, 2006.